IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GEODIS LOGISTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3-20-cv-00038 |
| | ) | JUDGE RICHARDSON |
| ROBERT KLUNK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Upon Motion of the Plaintiff (Doc. No. 12), this case was closed administratively on May 14, 2020 (Doc. No. 13), pending fulfillment of the parties' Settlement Agreement. Plaintiff has now filed a Stipulation of Dismissal with Prejudice (Doc. No. 14, "Stipulation"). Therefore, the case is **REOPENED** for purposes of dismissal.

Plaintiff's Stipulation was filed before Defendant had served either an answer or a motion for summary judgment and, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Stipulation sufficed to dismiss this action without any action on the part of the Court. The Stipulation states that the dismissal is with prejudice, and thus under Rule 41(a)(1)(B), the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE